# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 15-1050** | **September Term, 2014** |
| | NLRB-13CA139088 |
| | Filed On: April 16, 2015 [1547601] |

Rush University Medical Center,

      Petitioner

   v.

National Labor Relations Board,

      Respondent

------------------------------

Consolidated with 15-1097

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals.

                                                    FOR THE COURT:
                                                    Mark J. Langer, Clerk

                                BY:    /s/
                                                      Amy Yacisin
                                                      Deputy Clerk